# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**FREDERICK BARROW (#358142)**      **CIVIL ACTION NO.**

**VERSUS**      **19-260-JWD-EWD**

**SHANNON DEMARS, ET AL.**

## ORDER

Before the Court is Plaintiff's Motion to Consolidate,[1] in which Plaintiff requests that the this case be consolidated with Civil Action No. 18-442-JWD-RLB.[2] Federal Rule of Civil Procedure 42 provides, in pertinent part, as follows: "If actions before the court involve a common question of law or fact, the court may: (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay." Since Civil Action No. 18-442-JWD-RLB was dismissed, no questions or issues remain in that matter,[3] and the cases cannot be consolidated.

**IT IS ORDERED** that Plaintiff's Motion to Consolidate[4] be and is hereby **DENIED**.

Signed in Baton Rouge, Louisiana, on September 11, 2019.

                         **ERIN WILDER-DOOMES**
                         **UNITED STATES MAGISTRATE JUDGE**

---

[1] R. Doc. 2.
[2] *See Frederick Barrow v. Daryl Vannoy, et al.*, Civil Action No. 18-442 (M.D. La.).
[3] *See Frederick Barrow v. Daryl Vannoy, et al.*, Civil Action No. 18-442, R. Docs. 111 & 112 (M.D. La. 7/1/19).
[4] R. Doc. 2.